☑ Original ☐ Duplicate Original

**FILED**
MAY – 9 2023
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 1: 23 MJ 190
Priority Mail Express Package EI444251079US, )
located at Moore County Sheriff's Office, 302 S )
McNeill Street, Carthage, NC 28327 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express Package EI444251079US, located at Moore County Sheriff's Office, 302 S McNeill Street, Carthage, NC 28327

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

U.S. currency, money orders, monies, or proceeds and payments, and documents reflecting the distribution of controlled substance through the U.S. Mail.

**YOU ARE COMMANDED** to execute this warrant on or before ___05/16/23___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___L. Patrick Auld___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   ___05/02/23; 1:43 pm___          _____
                                                                                          *Judge's signature*

City and state:      Greensboro, North Carolina            Hon. L. Patrick Auld, United States Magistrate Judge
                                                                                          *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>1:23 MJ 190 | Date and time warrant executed:<br>5/2/2023  1:48 pm | Copy of warrant and inventory left with:<br>N/A |

Inventory made in the presence of :
J Wicks

Inventory of the property taken and name(s) of any person(s) seized:

Package contained bubble wrap, paper towels, black vacuumed sealed bag, multiple clear vacuumed sealed bags. Inside the vacuumed sealed bags was a total of $33,980.00 in U.S. Currency.

The bubble wrap, paper towels, black vacuumed sealed bag and multiple clear vacuumed sealed bags and tape was siezed as evidence. These items were replaced with similar items and put back in the package, including the U.S. Currency. The package was resealed and returned to the mail stream.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/3/2023

_____
Executing officer's signature

Tyler Cheek- Task Force Officer
Printed name and title